UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE HURT,

                    Plaintiff,

        -against-

U.S. CONSTITUTION, ET AL.,

                    Defendants.

22-CV-4390 (LTS)

CIVIL JUDGMENT

      Pursuant to the order issued June 1, 2022, dismissing the complaint,

      IT IS ORDERED, ADJUDGED, AND DECREED that under the October 11, 2013, order in *Hurt v. D.C. Bd. of Parole*, ECF 1:13-CV-5365, 3 (S.D.N.Y. Oct. 11, 2013), *appeal dismissed*, No. 13-4474 (2d Cir. Apr. 3, 2014), the complaint is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 1, 2022
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge